UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUSAN A. WASHINGTON

VERSUS

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 JAN 24  A 10: 14

BY DEPUTY CLERK

CIVIL ACTION

NO. 06-124-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 17) of United States Magistrate Judge Stephen C. Riedlinger, dated December 4, 2006, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405 (g) the final decision denying the plaintiff's claim for supplemental security income (SSI) benefits is hereby REVERSED and the Motion to Remand filed by Jo Anne B. Barnhart, Commissioner of Social Security is GRANTED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 24, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA